Cayla Witty
Nevada State Bar. No. 12897
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4392
Email:  Cayla.Witty@lewisbrisbois.com

William M. Gantz (*Admitted pursuant to* LR IA 11-2)
David R. Metzger (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone; 312-876-8000
Email:  bill.gantz@dentons.com
Email:  david.metzger@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC<br><br>Plaintiffs,<br><br>v.<br><br>888 HOLDINGS PLC,<br><br>Defendant. | Case No. 2:16-cv-00801-RCJ-VCF<br>Case No. 2:16-cv-00856-RCJ-VCF<br>(Consolidated)<br><br>**DEFENDANT 888'S MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF SERVICE LIST; [PROPOSED] ORDER** |

Pursuant to L.R. 10-6(e), Defendant 888HOLDINGS PLC, respectfully moves this court for an order to remove former counsel Daniel A. Valenzuela (daniel.valenzuela@dentons.com), admitted pursuant to LR IA 11-2, from the CM/ECF service list and any mailing list on the above referenced matter.

Mr. Valenzuela previously represented this defendant.  However, he is no longer affiliated with this case, and has no further need to receive CM/ECF notification or mail in this case.

Lewis Brisbois Bisgaard & Smith LLP and affiliated counsel will continue to represent Defendant.

///

///

By this motion, Counsel seeks an Order that Mr. Valenzuela's name be removed as counsel of record for Defendant and that his email address be removed from the CM/ECF notification list on this matter.

Dated: December 28, 2016            Respectfully Submitted,

                                    /s/ *Cayla Witty*

                                    _____

                                    Cayla Witty
                                    Nevada State Bar. No. 12897
                                    LEWIS BRISBOIS BRISGAARD & SMITH LLP
                                    6385 South Rainbow Blvd. Suite 600
                                    Las Vegas, NV 89118
                                    Telephone: 702-693-4392
                                    Email:  Cayla.Witty@lewisbrisbois.com

                                    William M. Gantz (*Admitted pursuant to* LR IA 11-2)
                                    David R. Metzger  (*Admitted pursuant to* LR IA 11-2)
                                    DENTONS US LLP
                                    233 South Wacker Drive, Suite 5900
                                    Chicago, IL 60606-6361
                                    Telephone; 312-876-8000
                                    Email:  bill.gantz@dentons.com
                                    Email: david.metzger@dentons.com

                                    *Attorneys for Defendant 888 Holdings PLC*

Cayla Witty
Nevada State Bar. No. 12897
LEWIS BRISBOIS BRISGAARD & SMITH LLP
6385 South Rainbow Blvd. Suite 600
Las Vegas, NV 89118
Telephone: 702-693-4392
Email:  Cayla.Witty@lewisbrisbois.com

William M. Gantz (*Admitted pursuant to* LR IA 11-2)
David R. Metzger (*Admitted pursuant to* LR IA 11-2)
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone; 312-876-8000
Email:  bill.gantz@dentons.com
Email: david.metzger@dentons.com

*Attorneys for Defendant 888 Holdings PLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, INTERACTIVE GAMES LIMITED, and INTERACTIVE GAMES LLC | Case No. 2:16-cv-00801-RCJ-VCF Case No. 2:16-cv-00856-RCJ-VCF (Consolidated) |
| Plaintiffs, | **ORDER** |
| v. | |
| 888 HOLDINGS PLC, | |
| Defendant. | |

This matter came before the Court on the Defendant 888's Motion to Remove Former Counsel From CM/ECF Service List.  Having fully considered the submissions and arguments of the parties,

IT IS HEREBY ORDERED THAT Daniel A. Valenzuela, Esq. (daniel.valenzuela@dentons.com) be removed from the CM/ECF service list and have no further need to receive CM/ECF notification or mail in this case.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2016
_____

4844-7815-0719.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 28th day of December, 2016, I electronically filed

**DEFENDANT 888's MOTION MOTION TO REMOVE FORMER COUNSEL FROM**

**CM/ECF SERVICE LIST; [PROPOSED] ORDER** with the Clerk of the Court through the Case

Management/Electronic Filing System.

Molly M. Rezac
Nevada Bar No. 7435
molly.rezac@ogletreedeakins.com
Erica J. Chee
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.
3800 Howard Hughes Parkway, Suite 1500
Las Vegas, NV 89169
Telephone: 702-369-6800

FINNEGAN, HENDERSON, FARABOW, GARRETT &DUNNER, LLP
Robert F. Shaffer  (Admitted Pro Hac Vice)
robert.shaffer@finnegan.com
James R. Barney  (Admitted Pro Hac Vice)
james.barney@finnegan.com
Anthony D. Del Monaco (Admitted Pro Hac Vice)
anthony.delmonaco@finnegan.com
901 New York Avenue, NW
Washington, DC 20001-4413
Telephone: 202-408-4000

*Attorneys for Plaintiffs CG Technology Development, LLC; Interactive Games Limited; and Interactive Games LLC*

By: _____ */s/ Cayla Witty*
Employee of LEWIS BRISBOIS
BISGAARD & SMITH LLP

4844-7815-0719.1