# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CG TECHNOLOGY DEVELOPMENT, LLC et al.,

        Plaintiffs,

vs.

FANDUEL, INC.,

        Defendant.

2:16-cv-00801-RCJ-VCF

**ORDER**

These consolidated cases arise out of the alleged infringement of several patents relating to automated gambling. Defendants in the Lead Case, No. 2:16-cv-801, and one Member Case, No. 2:16-cv-781 (collectively, "Movants"), have asked the Court to transfer venue and have also asked the Court to shorten time to respond and reply. Specifically, Movants argue that the relevant Complaints allege no facts indicating that Movants either reside in or have any regular and established places of business in Nevada. *See TC Heartland LLC v. Kraft Foods Grp. Brands LLC*, 2017 WL 2216934, at *3 (2017) (holding that 28 U.S.C. § 1400(b) governs venue in patent infringement actions, not the general venue statute, § 1391).

The Court will not shorten time. Particularly, where seven cases have been consolidated, the Court desires to have the views of all Defendants before ruling on the present motion. The Court also wishes to settle the newly arisen venue issue as to all of the consolidated cases at once.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Shorten Time (ECF No. 169) is DENIED.

IT IS FURTHER ORDERED that Defendants in all member Cases shall, within seven (7) days, either JOIN the present Motion to Transfer for Improper Venue (ECF No. 168) or FILE a notice of waiver of the venue issue. Failure to comply will be deemed a waiver of the venue issue.

IT IS SO ORDERED.

Dated this 15th day of June, 2017.

_____
ROBERT C. JONES
United States District Judge